UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIE WOODS | * | CIVIL ACTION |
| VERSUS | * | NUMBER 07-9742 |
| OFFSHORE LIFTBOATS, L.L.C. | * | SEC.M / MAG. 1 |

ORDER GRANTING MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDED THIRD PARTY CLAIMS
BY INTERNATIONAL OFFSHORE SERVICES, L.L.C.
AGAINST PREMIUM WELL SERVICES, L.L.C.
AND THE GRAY INSURANCE COMPANY

The foregoing motion considered;

IT IS ORDERED by the Court that defendant, **INTERNATIONAL OFFSHORE SERVICES, L.L.C.** is hereby granted leave of Court to file its First Supplemental and Amended Third Party Claim against **PREMIUM WELL SERVICES, L.L.C. AND THE GRAY INSURANCE COMPANY** in this proceeding.

Defendant's Motion to Dismiss (rec. doc. #31) is MOOT.

Signed this __3rd__ day of __December__, 2008.

_____
U.S. DISTRICT COURT JUDGE